ATLANTIC GULF AND WEST INDIES STEAMSHIP LINES, Respondent,
*v.* CITY OF NEW YORK, Appellant.

Submitted January 6, 1947; decided January 16, 1947.

*Frank J. Berberich* and *Roderick J. Kirkpatrick* for motion to dismiss appeal.

*John J. Bennett, Corporation Counsel (Albert S. Hartman* of counsel), for motion to amend notice of appeal and in opposition to motion to dismiss appeal.

Motion to dismiss appeal denied. Motion to amend notice of appeal granted.